In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00243-CR**
_____

**MARRON DOUGLAS RITCHEY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**San Jacinto County, Texas**
**Trial Cause No. 10,496**

**MEMORANDUM OPINION**

Appellant, Marron Douglas Ritchey Jr., attempts to appeal the trial court's failure to rule on Ritchey's post-conviction motion for DNA testing. On July 18, 2018, we notified the parties that the appeal would be dismissed unless by August 2, 2018, we received a response that establishes that an appealable order has been signed. The deadline has passed without any party having demonstrated that an appealable order has been signed. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

                                _____

                                  LEANNE JOHNSON
                                        Justice

Submitted on August 28, 2018
Opinion Delivered August 29, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.